UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS IVAN MUNOZ,<br><br>   Petitioner,<br><br> v.<br><br>PATRICK COVELLO, Warden,<br><br>   Respondent. | No. CV 22-2433-CAS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition for Writ of Habeas Corpus, the motion to dismiss the Petition, and the Report and Recommendation. No objections to the Report have been filed.

IT IS ORDERED that (1) the findings and recommendation of the Report are accepted; (2) Respondent's motion to dismiss the Petition is GRANTED IN PART only to the extent that the Petition is deemed wholly unexhausted; and (3) Petitioner may file a motion for stay of proceedings pending exhaustion before the California Supreme Court within 30 days after entry of this order.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that if Petitioner does not file a timely motion for a stay of proceedings pending exhaustion in state court, then this action will be dismissed without prejudice.

DATED: March 31, 2023

_____
CHRISTINA A. SNYDER
United States District Judge